**Roy Parthie, Administrator of Estate of Anna Parthie, Also Known as Anna Shipla, Deceased, Appellee, v. Walter J. Cummings and Daniel C. Green, Receivers, etc., et al., Trading as Chicago Surface Lines, Appellants.**

Gen. No. 42,507.

opinion filed May 29, 1944. Frank L. Kriete, Charles E. Green and Arthur J. Donovan, for appellants; William J. Flaherty, of counsel; Walker, Atwood & Porter, for appellee; Irwin N. Walker and John R. Porter, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.